**SUPPRESSED**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 4:17CR480 RWS/NAB |
| ) | |
| WENDE ANNE TERRILL, ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT 1 – WIRE FRAUD

The Grand Jury charges that:

1. At all times relevant to this indictment, WENDE ANNE TERRILL, defendant herein, was employed as a Controller for Midwest Petroleum (hereinafter referred to as "Midwest"), a company located in the Eastern District of Missouri. As Controller, Defendant WENDE ANNE TERRILL had access to and control over Midwest's bank accounts and internal accounting system.

2. At all times relevant to this indictment, Midwest maintained an operating account at U.S. Bank in St. Louis, Missouri. Midwest paid vendors with checks drawn on, and wire transfers sent from, its U.S. Bank operating account.

3. From on or before January 27, 2017 and continuing until on or about March 31, 2017, in the Eastern District of Missouri and elsewhere,

**WENDE ANNE TERRILL,**

defendant herein, did knowingly and intentionally devise and execute a scheme and artifice to defraud and to obtain money and property from Midwest by means of material false and

fraudulent pretenses, representations and promises, in that defendant WENDE ANNE TERRILL misappropriated funds from Midwest by issuing unauthorized checks and causing an unauthorized wire transfer of funds from Midwest's operating account.

4. It was a part of the fraud scheme that defendant WENDE ANNE TERRILL, without authorization from Midwest, issued checks drawn on Midwest's operating account and made the checks payable to U.S. Bank. Defendant WENDE ANNE TERRILL then took the checks to a U.S. Bank branch in St. Louis County, Missouri, where, using the name "Wende Gallo," she purchased cashier's checks payable to third party entities that did not conduct business with Midwest.

5. It was a part of the fraud scheme that defendant WENDE ANNE TERRILL, without authorization from Midwest, issued a check in the amount of $20,000 drawn on Midwest's operating account and made the check payable to "Nathaniel Robinson," a person with whom Midwest did not conduct business.

6. It was a part of the fraud scheme that defendant WENDE ANNE TERRILL attempted to conceal her fraud by falsely entering the fraudulent checks in Midwest's internal accounting system as payable to legitimate Midwest vendors.

7. It was a part of the fraud scheme that defendant WENDE ANNE TERRILL, without authorization from Midwest, caused a wire transfer in the amount of $37,800.00 from Midwest's operating account to a Bank of America account in New York in the name of "Planet Logistics," an entity with which Midwest did not conduct business.

8. During the period of the fraud scheme, defendant WENDE ANNE TERRILL issued five unauthorized checks and caused one unauthorized wire transfer from Midwest's operating account in the total amount of $207,250.00.

9. On or about February 28, 2017, in the Eastern District of Missouri and elsewhere,

**WENDE ANNE TERRILL,**

defendant herein, having devised and intended to devise the aforesaid scheme and artifice to defraud, and to obtain money and property by means of material false and fraudulent pretenses, representations, and promises, and for the purpose of executing said scheme and artifice, did transmit and cause to be transmitted by means of wire communication in interstate and foreign commerce, a writing, sign, signal, picture, and sound, namely, a wire transfer in the amount of $37,800.00 from Midwest's operating account at U.S. Bank in St. Louis, Missouri, to a Bank of America account in New York in the name of "Planet Logistics."

In violation of Title 18, United States Code, Section 1343.

## FORFEITURE ALLEGATION

The Grand Jury further finds by probable cause that:

1. Pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(2), and Title 28, United States Code, Section 2461(c), upon conviction of an offense in violation of Title 18, United States Code, Section 1343 as set forth in Count 1, the defendant shall forfeit to the United States of America any property, real or personal, constituting or derived from any proceeds traceable to said offense.

2. Subject to forfeiture is a sum of money equal to the total value of any property, real or personal, constituting or derived from any proceeds traceable to said offense.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

      b.      has been transferred or sold to, or deposited with, a third party;

      c.      has been placed beyond the jurisdiction of the court;

      d.      has been substantially diminished in value; or

      e.      has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL.

_____

FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
REGINALD L. HARRIS, #48939MO
Assistant United States Attorney