UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No.   4:17CR480 RWS |
| | ) | |
| | ) | |
| WENDE TERRILL, | ) | |
| | ) | |
| Defendant | ) | |

## OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORT

COMES NOW Wende Terrill, by and through counsel, Assistant Federal Public Defender

Brocca Morrison, and after having reviewed the Presentence Investigation Report makes the

following objections:

**Offense Conduct** Defendant pled not guilty and went to trial. Therefore, defendant still

disputes the offense conduct and her guilt as stated in the Presentence Investigation Report (PSI)

in paragraphs 6-12.

Respectfully submitted,


/s/Brocca L. Morrison
BROCCA L. MORRISON
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: Brocca_Morrison@fd.org

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2019, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Ms. Gwendolyn Carroll, Assistant United States Attorney.


/s/Brocca L. Morrison
BROCCA L. MORRISON
Assistant Federal Public Defender